Gregory A. Wedner SBN 067965
Mary L. Kellogg, SBN 223258
**LOZANO SMITH**
515 S. Figueroa Street, Suite 750
Los Angeles, CA 90071
Telephone:  (213) 929-1066
Facsimile:  (213) 929-1077
Email:  gwedner@lozanosmith.com
            mkellogg@lozanosmith.com

Attorneys for Real Parties in Interest
TUOLUMNE COUNTY OFFICE OF EDUCATION and
SONORA ELEMENTARY SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Petitioner,<br><br>vs.<br><br>DIRECTOR, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>Respondents.<br>_____<br><br>PARENTS ON BEHALF OF STUDENT; SONORA ELEMENTARY SCHOOL DISTRICT; TUOLUMNE COUNTY OFFICE OF EDUCATION,<br><br>Real Parties in Interest.<br>_____ | Case No. 1:13-cv-1858-LJO-SAB<br><br>**STIPULATION AND ORDER FOR TUOLUMNE COUNTY OFFICE OF EDUCATION AND SONORA ELEMENTARY SCHOOL DISTRICT'S EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>Trial:       None Set |

Plaintiff CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES ("Plaintiff") and Real Parties in Interest TUOLUMNE COUNTY OFFICE OF EDUCATION ("TCOE") and SONORA ELEMENTARY SCHOOL DISTRICT ("District") hereby stipulate to and request an order extending the time for the TCOE and the District to answer or otherwise respond to the Petition for Writ of Mandate; Complaint for Declaratory Relief ("Complaint") in this matter, pursuant to Federal Rules of Civil Procedure, Rule 6(b).

Plaintiff served the Complaint upon the TCOE and District's agent by Notice and

1  acknowledgment on October 22, 2013.  The TCOE's agent returned the Notice and Acknowledgment on
2  October 23, 2013.  The District's agent returned the Notice and Acknowledgement on October 25, 2013.
3  On November 15, 2013, Real Party in Interest, Parents on behalf of Student, filed a Notice of Removal
4  to this Court.  As a result, the TCOE's and the District's response to the Complaint is presently due
5  Thursday, November 21, 2013.  No previous extensions have been given as to the TCOE and the
6  District's answer or other response to this Complaint.

7      Plaintiff and Real Parties in Interest TCOE and District hereby stipulate to and request an order
8  granting the TCOE and the District a twenty (20) day extension of time, up to and including December
9  11, 2013, in which to answer or otherwise respond to the First Amended Complaint.

10 Dated:  November 20, 2013               Respectfully submitted,

11                                          **LOZANO SMITH**

12                                            /s/ Gregory A. Wedner
                                            GREGORY A. WEDNER
13                                          MARY L. KELLOGG
                                            Attorneys for Real Parties in Interest
14                                          TUOLUMNE COUNTY OFFICE OF
                                            EDUCATION and SONORA ELEMENTARY
15                                          SCHOOL DISTRICT

17 Dated:  November 20, 2013               Respectfully submitted,

18                                          **STATE OF CALIFORNIA,**
                                            **ATTORNEY GENERAL**

19                                            /s/ Ashante Norton
20                                          ASHANTE L. NORTON
                                            ISMAEL A. CASTRO
21                                          KAMALA D. HARRIS
                                            Attorneys for Plaintiff
22                                          CALIFORNIA DEPARTMENT OF HEALTH
                                            CARE SERVICES

24 IT IS SO ORDERED.

25    Dated:  **November 27, 2013**
                                            UNITED STATES MAGISTRATE JUDGE