UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH SERVICES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS;<br><br>　　　　Respondents.<br><br>PARENTS ON BEHALF OF STUDENT; SONORA ELEMENTARY SCHOOL DISTRICT; TUOLUMNE COUNTY OFFICE OF EDUCATION,<br><br>　　　　Real Parties in Interest<br><br>L.M., by and through her Guardian Ad Litem, Jordan M. and David K., Individually,<br><br>　　　　Counterclaimants,<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES<br><br>　　　　Counterclaim Defendants | Case No. 1:13-CV-01858-LJO-SAB<br><br>**ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM** |

The Court has considered the petition of Jordan M. for appointment as Guardian Ad Litem for L.M., Jordan M.'s minor daughter, who is Plaintiff in this action. Good cause appearing,

IT IS SO ORDERED, that Jordan M. is appointed as Guardian Ad Litem for L.M.

IT IS SO ORDERED.

Dated: __**December 6, 2013**__

UNITED STATES MAGISTRATE JUDGE