1   KAMALA D. HARRIS
    Attorney General of California
2   ISMAEL A. CASTRO
    Supervising Deputy Attorney General
3   ASHANTE L. NORTON, SBN No. 203836
    RENU R. GEORGE, SBN No. 262310
4   Deputy Attorneys General
      1300 I Street, Suite 125
5     P.O. Box 944255
      Sacramento, CA 94244-2550
6     Telephone:  (916) 322-2197
      Fax:  (916) 324-5567
7     E-mail:  Ashante.Norton@doj.ca.gov
    *Attorneys for Petitioner California Department of*
8   *Health Care Services*

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12
    **CALIFORNIA DEPARTMENT OF**           Case No. 1:13-CV-01858-LJO-SAB
13  **HEALTH CARE SERVICES,**
                                           **STIPULATION AND ORDER**
14                          Petitioner,
                                           Dept:        Courtroom 9
15          **v.**                         Judge:       Hon. Stanley A. Boone

16                                         Action Filed:   October 10, 2013
    **DIRECTOR, CALIFORNIA OFFICE OF**
17  **ADMINISTRATIVE HEARINGS,**

18                          Respondent,

19

20  **PARENTS ON BEHALF OF STUDENT,**
    **SONORA ELEMENTARY SCHOOL**
21  **DISTRICT, TUOLUMNE COUNTY**
    **OFFICE OF EDUCATION,**
22
                    Real Parties in Interest.
23

24

25

26

27

28

                                    1

**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TIME TO RESPOND TO COUNTERCLAIM AND COMPLAINT**

WHEREAS, on October 10, 2013, Petitioner California Department of Health Care Services filed a Petition for Writ on Mandate, Tuolumne County Superior Court Case No. CV-58418.

WHEREAS, on November 14, 2013, Real Party in Interest Parents on Behalf of Student (Student) filed a Notice of Removal pursuant to 28 U.S. C. §§ 1331 and 1367 to this Court.

WHEREAS, this Court on November 15, 2013, issued its Order Setting Mandatory Scheduling Conference. The Conference is scheduled for January 21, 2014, at 9:15 a.m.

WHEREAS, on December 4, 2013, Real Party in Interest Parents on Behalf of Student filed a Counterclaim to the Petition and Complaint.

WHEREAS, on December 13, 2013, Petitioner California Department of Health Care Services filed its Motion to Remand and noticed the hearing for February 18, 2013, before the Honorable Lawrence J. O'Neill.

WHEREAS, on December 16, 2013, this court issued a Minute Order setting Petitioner's Motion for Remand on February 19, 2013, at 9:30 a.m., before the Honorable Stanley A. Boone in Courtroom 9.

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, California Department of Health Care Services, Director, California Office of Administrative Hearings, Student, Sonora Elementary School District, and Tuolumne County Office of Education, and through their counsel of record, that the Scheduling Conference currently scheduled for January 21, 2014, should be continued to a date following the court's order on the Motion to Remand.

IT IS ALSO HEREBY STIPULATED BY AND BETWEEN THE PARTIES, and through their respective counsel that the time to respond to the parties' complaints and counterclaims will be extended to 14 days after the date on which the court issues its order on the Motion to Remand.

1

Dated:  December 23, 2013                          OFFICE OF ADMINISTRATIVE
                                                   HEARINGS

2

3
                                                   /S/ Alicia Boomer_____
4                                                  ALICIA BOOMER
                                                   *Attorney for Defendant Director, Office*
5                                                  *of Administrative Hearings*

6

Dated:  :  December 23, 2013                       KAMALA D. HARRIS
                                                   Attorney General of California
7                                                  ISMAEL A. CASTRO
                                                   Supervising Deputy Attorney General
8                                                  RENU R. GEORGE
                                                   Deputy Attorney General

9

10
                                                   /S/ Ashante L. Norton_____
11                                                 ASHANTE L. NORTON
                                                   Deputy Attorney General
12                                                 *Attorneys for Petitioner California*
                                                   *Department of Health Care Services*

13

Dated:  December 23, 2013                          LOZANO SMITH

14

15
                                                   /S/ Mary Kellogg_____
16                                                 MARY KELLOGG
                                                   *Attorneys for Real Parties in Interest*
17                                                 *Tuolumne County Office of Education*
                                                   *and Sonora Elementary School District*

18

Dated:  December 23, 2013                          RUDERMAN & KNOX LLP

19

20
                                                   /S/ Colleen Snyder_____
21                                                 COLLEEN SNYDER
                                                   *Attorneys for Real Party in Interest*
22                                                 *Parents on Behalf of Student*

23

/ / /

24

/ / /

25

/ / /

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Based on the parties' above Joint Stipulation, IT IS HEREBY SO ORDERED THAT the Scheduling Conference currently set for January 21, 2014, will be continued to April 8, 2014, at 1:00 p.m. before Magistrate Stanley A. Boone.

IT IS FURTHER ORDERED THAT the time to respond to the parties' complaints and counter claims will be extended to 14 days after the date on which the court issues its order on the Motion to Remand.

IT IS SO ORDERED.

Dated:   **December 23, 2013**

_____

UNITED STATES MAGISTRATE JUDGE

4

Stipulation and Order  (1:13-CV-01858-LJO-SAB)