# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, et al.,<br><br>Respondents. | Case No. 1:13-cv-01858-LJO-SAB<br><br>ORDER APPROVING STIPULATION<br><br>ECF NO. 22 |

On February 5, 2014 the parties in this action filed a stipulation to extend the time to file opposition and reply briefs relating to the motion for preliminary injunction filed by Real Parties in Interest and Counterclaimants L.M. (by and through her Guardian Ad Litem, Jordan M.), and Jordan M. and David K. ("Counterclaimants").

Based on the parties' stipulation, it is HEREBY ORDERED that Petitioner California Department of Health Care Services' time to serve and file their opposition to Counterclaimants' motion for preliminary injunction shall be extended from February 5, 2014 to February 7, 2014

/ / /

/ / /

/ / /

/ / /

1

and Counterclaimants' time to file their reply shall be extended from February 12, 2014 to February 14, 2014.

IT IS SO ORDERED.

Dated:   **February 6, 2014**

UNITED STATES MAGISTRATE JUDGE